# IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:17-CR-00048-BCW |
| CLARENCE BROOKS, | ) |
| Defendant. | ) |

## AMENDED ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendations (Doc. #74) concerning Defendant's Motion to Suppress Physical Evidence and Statements. (Doc. #45). Defendant filed objections. (Doc. #77). After an independent review of the record and the applicable law, the Court adopts the Magistrate's Report and Recommendations. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendations (Doc. #74) are adopted and shall be attached to and made part of this Order. It is further

ORDERED Defendant's Motion to Suppress (Doc. #45) is DENIED.

IT IS SO ORDERED.

DATED: May 29, 2019

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT